UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRYAN M. COOLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-840** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION "T"(5)** |

## ORDER

On February 4, 2022, the Magistrate Judge issued a Report and Recommendation ("the Report"), recommending that Plaintiff's motion for summary judgment be **DENIED**, the Commissioner's cross-motion be **GRANTED**, and the Plaintiff's case be **DISMISSED WITH PREJUDICE**.[1] The Report concluded there is "substantial evidence" supporting the Administrative Law Judge's ("ALJ") finding that the "Plaintiff is not disabled" and "can perform his past relevant work as a warehouse manager."[2] The Plaintiff filed an objection to the Report, primarily raising two arguments.[3] First, the Plaintiff argues the ALJ improperly ruled on his case after it became clear his prior managerial work was a "composite job."[4] Second, the Plaintiff contends the Social Security Administration ("SSA") improperly argued that he failed to allege an inability to perform his prior work.[5]

Having carefully considered the administrative record, the applicable law, the Magistrate Judge's Report and Recommendation, and Plaintiff's Objections, the Court **OVERRULES** Plaintiff's Objections, **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** the Report as the Court's opinion herein. As noted by the Magistrate Judge, it is "unnecessary" to explore the nature of the Plaintiff's job because the "Plaintiff does not allege an inability" to perform his past duties as a warehouse manager.[6] Ultimately, the Plaintiff "failed to

---

[1] [1] R. Doc. 19.
[2] *Id.* at 2.
[3] R. Doc. 20.
[4] *Id.* at 4-5.
[5] *Id.* at 4-5.
[6] R. Doc. 19 at 7.

specify a nexus between his alleged mental health limitations and his inability to work."[7] Regardless, the ALJ "properly concluded that [the Plaintiff] can indeed perform light work" despite his unsupported "mental limitations" claims.[8]

## CONCLUSION

**IT IS ORDERED** that the final decision of the Commissioner of Social Security denying the claim of Bryan M. Cooley for disability insurance benefits (DIB) be **AFFIRMED**, and this action be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 6th day of April, 2022.

_____
Hon. Greg Gerard Guidry
United States District Judge

---

[7] *Id.* at 7.
[8] *Id.* at 11.